DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RYAN JAMES GOODWIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2025-1969

_____

July 29, 2026

Appeal from the Circuit Court for Pinellas County; Susan St. John,
Judge.

Blair Allen, Public Defender, and Ashley N. Minton, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and SILBERMAN and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.